IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAMUEL J. CORNETT
   Plaintiff

vs.              Civil No: Y-98-1746

C.W. OVER & SONS, INC.
   Defendant

\*\*\*\*\*\*

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

  In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

/excluding disposition of Defendant's Second Motion for Summary Judgment,

[signature]        Date: 6/27/00

[signature]        Date: 6/27/00

## ORDER OF REFERENCE

  IT IS HEREBY ORDERED this _20th_ day of _July_, 20_00_, that the above-captioned matter be referred to United States Magistrate Judge _Susan K. Gauvey_, for all proceedings* and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

*excluding disposition of Defendant's Second Motion for Summary Judgment.

[signature]
Joseph H. Young
United States District Judge

U.S. District Court (Rev. 1/2000)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SAMUEL J. CORNETT** | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil No.: Y-98-1746 |
| | * | |
| **C.W. OVER & SONS, INC.** | | |
| Defendant | * | |

\*\*\*\*\*\*

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_[signature]_                                   Date: 6-22-00

_____                           Date: _____

## ORDER OF REFERENCE

IT IS HEREBY **ORDERED** this ____ day of _____, 20 ___, that the above-captioned matter be referred to United States Magistrate Judge Susan K. Gauvey, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

_[signature]_
_____
Joseph H. Young
United States District Judge

U.S. District Court (Rev. 1/2000)

# HERTSCH, GESSNER & SNEE, P.A.
## ATTORNEYS AT LAW

11 SOUTH MAIN STREET
P.O. BOX 1776
BEL AIR, MARYLAND 21014-7776
BEL AIR 410-838-8664
BALTIMORE 410-893-7500
FAX 410-893-8774

JOHN J. GESSNER
JOSEPH F. SNEE, JR.

STEPHEN W. LUTCHE
CAROLYN W. EVANS
ERIC E. McLAUCHLIN
TRACEY J. DELP

June 27, 2000

Clerk, Civil Division
United States District Court for the
 District of Maryland
U.S. Court House
101 W. Lombard Street
Baltimore, MD 21201

JUN 28 2000

Re:   Cornett v. C. W. Over & Sons, Inc.
      Civil Action No. Y-98-1746
      Our File No. 202058

Dear Clerk:

Enclosed is Defendant C. W. Over & Sons, Inc.'s "General Consent to Proceed Before a United States Magistrate Judge." Defendant consents to proceed before a United States Magistrate Judge to conduct proceedings in the case, excluding disposition of Defendant's Second Motion for Summary Judgment. The enclosed General Consent has been revised to reflect this.

If you need anything further, please advise.

With kindest regards, I am

Sincerely yours,

Joseph F. Snee, Jr.
*jsnee@hgslaw.com*

05:8126.doc
Enclosure
cc:   Mr. Charles W. Over, Jr. (w/encl.)
      Mr. Thomas W. Over (w/encl.)
      Mr. Samuel J. Cornett (w/encl.)